# Order

Michigan Supreme Court
Lansing, Michigan

October 5, 2011

143243

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GAVIN KEITH CULLENS,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143243
COA: 296492
Wayne CC: 08-005721-FC

_____/

On order of the Court, the application for leave to appeal the May 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY, J., would reverse the May 4, 2011 order of the Court of Appeals that denied the defendant's motion for leave to file pro se reply brief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

Clerk

t0928